IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF**: <br><br> 2719 PARADISE POINT PLACE, BAKERSFIELD, CA, 603 BERKSHIRE RD., BAKERSFIELD, CA, 417 BRYANT ST., BAKERSFIELD, CA | **ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT** <br><br> CASE NO. 5:15-SW-00073 JLT |

The search warrant and affidavit in support of the above-referenced search warrant, having previously been sealed by order of this Court, and it appearing that the search warrant and affidavit no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

IT IS SO ORDERED.

Dated: __**December 10, 2015**__          _____ **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Order to Unseal SW                                                    1